# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **V.** ) | **CR. NO. 05-00132-CG** |
| ) | |
| **WILLIAM LESLIE WINGO, III,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

This matter came on for a bond revocation hearing on August 3, 2005, at which the defendant advised the court that he did not contest the facts as set out in the petition dated July 27, 2005, (Doc. 45) by U.S. Pretrial Services, and thereby waived the hearing.  Therefore, the defendant's conditions of release entered on the record on May 3, 2005 hereby are **REVOKED**, and the defendant is **REMANDED** to the custody of the U.S. Marshal, pending sentencing hearing currently scheduled for September 21, 2005, at 1:00 p.m.

**DONE and ORDERED** this the 3rd day of August, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE